ARTHUR W. HINDERER, Appellant, *v.* GEORGE W. LINK et al., Respondents.

(Argued March 6, 1935; decided March 20, 1935.)

*Talbot M. Malcolm* and *Francis A. Devin* for appellant.

*Daniel Mungall, Ralph O. L. Fay* and *James A. Nooney* for George W. Link, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.